**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amy Marie Heyward (a.k.a. Strickland) and Jack Randall Newsome, Jr., Defendants,

Of whom Jack Randall Newsome, Jr., is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-001274

———————

Appeal From Saluda County
Huntley S. Crouch, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-114
Submitted December 11, 2023 – Filed January 8, 2024

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Becky M. Farmer, of South Carolina Department of Social Services, of Columbia, for Respondent.

Eydie J. Tillman, of Tillman Law Firm, LLC, of Edgefield, for the Guardian ad Litem.

———————

**PER CURIAM:**  Jack Randall Newsome, Jr. appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.